IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIFEPORT SCIENCES LLC,<br>                          Plaintiff,<br><br>v.<br><br>ENDOLOGIX, INC.,<br>                          Defendant. | C.A. No. 12-cv-1791 GMS |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), LifePort Sciences LLC ("Plaintiff") and Endologix, Inc. ("Defendant"), hereby stipulate to dismiss with prejudice Plaintiff's claims for relief against Defendant and Defendant's counterclaims against Plaintiff. However, in the event that Defendant is again accused of infringing the asserted patents, Defendant may assert any and all affirmative defenses and may challenge the infringement, validity, and/or enforceability of the asserted patents. Plaintiff and Defendant will each bear their own costs and fees related to this matter.

| | |
|---|---|
| FARNAN LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| /s/ Brian E. Farnan<br>Joseph J. Farnan, III (No. 3945)<br>Brian E. Farnan (No. 4089)<br>919 North Market Street, 12th Floor<br>Wilmington, Delaware 19801<br>(302) 777-0300<br>(302) 777-0301 (Fax)<br>jjfarnan@farnanlaw.com<br>bfarnan@farnanlaw.com<br><br>*Attorneys for LifePort Sciences LLC* | /s/ James L. Higgins<br>Melanie K. Sharp (No. 2501)<br>James L. Higgins (No. 5021)<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6681<br>msharp@ycst.com<br>jhiggins@ycst.com<br><br>*Attorneys for Endologix, Inc.* |

Dated: March 28, 2016

SO ORDERED this 29th day of March, 2016.

_____
United States District Judge